ACCEPTED
01-15-00193-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 9:52:01 AM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00193-CV

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 9:52:01 AM
CHRISTOPHER A. PRINE
Clerk

**JOHN LAWTON,**
*Appellant*,

**v.**

**DAVID W. LAWTON, INDIVIDUALLY, AS INDEPENDENT EXECUTOR OF THE ESTATE OF JOSEPH G. LAWTON, DECEASED AND AS FORMER AGENT FOR JOSEPH G. LAWTON UNDER A POWER OF ATTORNEY,**
*Appellee*.

On Appeal from the County Court at Law No. 1, Fort Bend County, Texas,
Trial Court Cause No. 14-CCV-053769

## UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Appellant, John Lawton, respectfully files this unopposed first motion for extension of time to file his appellant's brief.

1. The present deadline for filing the appellant's brief is June 4, 2015.

2. Appellant seeks a thirty-two day extension, until July 6, 2015, in which to file his brief.

3. This is Appellant's first request for an extension of time to file his brief.

4. This motion is unopposed.

1640.002/561580

5. Appellant needs the additional time to file his appellant's brief with this Court for the following reasons:

Lead appellate counsel for Appellant, Connie Pfeiffer, is responsible for preparation of the appellant's brief. In addition to her work on the brief in this case, Ms. Pfeiffer has been engaged in other litigation with imminent deadlines that have prevented her from completing the brief before the deadline, including, but not limited to, the following:

- Assistance with preparation of petitioner's reply brief on the merits in No. 13-0986, *Southwestern Energy Production Company v. Toby Berry-Helfand*, In the Supreme Court of Texas. This is a multi-million dollar judgment involving cross-appeals. The reply brief on the merits was filed on May 7, 2015, after one extension.

- Assistance with preparation of reply to response to summary judgment motion, and preparation for trial and jury charge in Cause No. 2009-79721, *Frank M. Bufkin III, and Twin Resources, LLC v. Arena Resources, LLC, et al.*, In the 234 Judicial District Court of Harris County, Texas. The reply to response to summary judgment motion was filed on May 7, 2015. Trial is set to begin on June 22, 2015.

- Assistance in preparation for and attendance at pre-trial hearings, trial preparation, and attendance at trial in No. 2011-61780, *Gulf Coast Asphalt Company, L.L.C. and Trifinery, Inc. v. Russell T. Lloyd and John M. O'Quinn and Associates, L.L.P.*, In the 80th Judicial District Court of Harris County, Texas. Trial began on May 18, 2015, and is expected to last four weeks.

- Preparation of petitioners' brief on the merits in No. 14-0714, *Alice M. Wood and Daniel L. Wood v. HSBC Bank USA, N.A.*, In the Supreme Court of Texas. Petitioners' brief on the merits was filed on May 29, 2015, after two extensions.

- Preparation of article for presentation at the 25th Annual Conference on State and Federal Appeals, on June 4-5, 2015, in Austin, Texas, titled Statutory Construction.

6. Appellate counsel for Appellant, William R. Peterson has been engaged in other litigation with imminent deadlines that have prevented him from completing the brief on the merits before the present deadline, including, but not limited to, the following:

- Preparation of a petition for writ of mandamus in No. 14-15-00429-CV, *In re Alba Zuyapa Martinez*, In the Fourteenth Court of Appeals. The petition was filed on May 12, 2015.

- Preparation of response to petition for writ of mandamus in No. 05-15-00572-CV; *In re Greyhound Lines, Inc. and Dwayne Garrett*, In the Fifth Court of Appeals of Texas, at Dallas. The response was filed on May 13, 2015.

- Assistance with preparation of petitioners' brief on the merits in No. 14-0714, *Alice M. Wood and Daniel L. Wood v. HSBC Bank USA, N.A.*, In the Supreme Court of Texas. Petitioners' brief on the merits was filed on May 29, 2015, after two extensions.

- Preparation of a reply in support of a petition for writ of mandamus in No. 14-15-00429-CV, *In re Alba Zuyapa Martinez*, In the Fourteenth Court of Appeals. The reply will be filed on June 3, 2015.

- Preparation of a response to a petition for writ of mandamus in No. 14-0963, *In re Oceanografia*, In the Supreme Court of Texas. Real Parties' brief on the merits is due on June 17, 2014, after one extension.

- Preparation of motion to dismiss the indictment in No. 14-CR-00388, *Texas v. Kleinert*; In the District Court for the Western District of Texas.

7.    This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the appellant's brief.

For these reasons, Appellant respectfully requests that this Court grant him an extension of time to file his appellant's brief until July 6, 2015.

Respectfully submitted,

**BECK REDDEN LLP**

By:  */s/ Constance H. Pfeiffer*
        Constance H. Pfeiffer
        State Bar No. 24046627
        cpfeiffer@beckredden.com
        William Peterson
        State Bar No. 24065901
        wpeterson@beckredden.com
1221 McKinney, Suite 4500
Houston, TX  77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

        Esther Anderson
        State Bar No. 00792332
        esther@probateguardianship.com
        Carolina Pfeiffer
        State Bar No. 24067486
        carolina@probateguardianship.com
**ANDERSON PFEIFFER, PC**
845 FM 517 West, Suite 200
Dickinson, TX  77539
(281) 488-6535
(281) 614-5205 (Fax)

**COUNSEL FOR APPELLANT**
**JOHN LAWTON**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Kimberly Hoesl, counsel for Appellee, and Appellee does not oppose the requested extension.

/s/ William R. Peterson
William R. Peterson

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2015, a true and correct copy of the above and foregoing Unopposed First Motion for Extension of Time to File Brief of Appellant was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered, otherwise by email, as follows:

N. Kimberly Hoesl
J. B. (Trey) Henderson III
DOYLE, RESTREPO, HARVIN & ROBBINS, L.L.P.
440 Louisiana St #2300
Houston, TX  77002
khoesl@drhrlaw.com
thenderson@drhrlaw.com

***Counsel for David W. Lawton,
Individually and As Independent Executor***

/s/ Constance H. Pfeiffer
Constance H. Pfeiffer
